IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

ANTHONY ANTONIO CARTER

VS.                                    CIVIL ACTION NO. 2:12cv13 KS-MTP

ERIN BOUNDS, ET AL

## ORDER

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on February 7, 2013, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Motion for Temporary Restraining Order [45] is denied.

SO ORDERED, this the 27th day of February, 2013.

*s/ Keith Starrett*
UNITED STATES DISTRICT JUDGE