IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ANTHONY ANTONIO CARTER

VS.                                                          CIVIL ACTION NO. 1:13cv482-KS-MTP

CHRISTOPHER EPPS, ET AL

## FINAL JUDGMENT

This cause is before the Court on Motion for Default Judgment filed by Anthony Antonio Carter to determine the amount of damages suffered by him as a result of injuries received at South Mississippi Correctional Institution.  The Court found that a Clerk's Default should have been entered on November 25, 2013, after the Application for Default [68] and the Court orders that the Clerk's Default be entered *nunc pro tunc* to November 25, 2013.

The Court heard testimony and received exhibits from Mr. Carter.  The Court finds that he has suffered damages for physical injuries, emotional distress, and pain and suffering and the Court finds that he should be granted judgment against the Defendants Erin Bounds and Regina Helton, jointly and severely, in the amount of $15,000.00, plus interest at the legal rate, for all of which let execution issue.

SO ORDERED AND ADJUDGED on this the 24th day of September, 2014.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE